IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:22-cv-226 |
| | § | |
| DONNA INDEPENDENT | § | |
| SCHOOL DISTRICT and | § | |
| ANGELA DOMINGUEZ, IN HER | § | |
| OFFICIAL CAPACITY AS THE | § | |
| SUPERINTENDENT, | § | |
| | § | |
| Defendants. | § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Plaintiff, Disability Rights Texas, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Disability Rights Texas is a non-profit corporation incorporated in the State of Texas with its principal place of business in Austin, Texas. It has no parent corporation or publicly-traded stock.

2. Donna Independent School District is a governmental entity and has its principal place of business in Donna, Texas.

Respectfully submitted,

_____
BETH L. MITCHELL
State Bar No. 00784613
bmitchell@drtx.org
Disability Rights Texas

2222 W. Braker Lane
Austin, Texas 78758
(512) 454-4816
(512) 454-3999 (Fax)

L. KYM DAVIS ROGERS
State Bar No. 0079642
krogers@drtx.org
DISABILITY RIGHTS TEXAS
1420 W. Mockingbird, Suite 450
Dallas, Texas 77004
(214) 845-4045
(214) 630.3472 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF filing system, and will be served on Defendant along with the summons.

_____
BETH L. MITCHELL